UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>               Petitioner,<br><br>  vs.<br><br>WILLIE RANDOLPH, et al.,<br><br>               Respondents. | NO.  CV-08-220-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

    Magistrate Judge Hutton filed a Report and Recommendation on August 26, 2008, recommending Mr. Riches's habeas action be dismissed without prejudice as it appeared Petitioner had abandoned this action. Petitioner did not comply with directives to either pay the filing fee or submit an application to proceed *in forma pauperis*.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

    **DATED** this      11th     day of September, 2008.

                                      ***s/Lonny R. Suko***

                                LONNY R. SUKO<br>                       UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1