AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Jonathan Lee Riches

JUDGMENT IN A CIVIL CASE

v.

Randolph, et al

CASE NUMBER: CV-08-220-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner did not comply with directives to either pay the filing fee or submit an application to proceed in forma pauperis. There being no objections, the court ADOPTS the Report and Recommendation. The action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| 09/12/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |